UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60539-CIV-SMITH

MONICA TREJO,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 27], in which the Magistrate Judge recommends that Plaintiff's counsel be awarded **$18,540.00**. The Court previously granted to Plaintiff, $6,084.37 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) (the "EAJA"), following remand. (*See* DE-23, 24, 25) On remand, the Commissioner issued a Fully Favorable Decision, finding Plaintiff disabled since November 1, 2015, and issuing a Notice of Award. (*See* DE- 26 at 2, 26-2 at 7, 26-3 at 1). Thereafter, Plaintiff was awarded past-due benefits totaling $74,160, inclusive of $18,540 withheld by the Commissioner for payment of attorney's fees. (DE 26 at 2). Accordingly, Plaintiff's counsel seeks $18,540 in attorney's fees under a contingency-fee agreement with Plaintiff. The fee represents 25% of Plaintiff's past-due benefits award.

If granted the requested fees, Plaintiff's counsel will refund the previously awarded EAJA fees directly to Plaintiff. No objections have been filed. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that there are no objections, it is

    **ORDERED** that:

1) The Report and Recommendation to District Judge [DE 27] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Unopposed Motion for Attorney's Fees [DE 26] is **GRANTED.** Plaintiff shall be awarded **$18,540** in fees, payable from the past-due benefits awarded to Plaintiff by the Commissioner.

3) Within 30 days after receiving these fees, Plaintiff's counsel shall return directly to Plaintiff all attorney's fees previously awarded under the EAJA.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 15th day of March 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record